# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ANOUSHKA GUPTA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:25-cv-967 |
| MARCO RUBIO, in his official capacity, | ) |
| Secretary, U.S. Department of State, et. al., | ) |
| | ) |
| Defendant(s) | ) |
| | ) |
| | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, ANOUSHKA GUPTA, along with the undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against all defendants in the instant action.

Date: April 25, 2025

Respectfully submitted,

/s Sadaf F. Ahmed
Sadaf F. Ahmed, Esq. (IN0013)
JEELANI LAW FIRM, PLC
3701 W. Algonquin Road, Ste. 630
Rolling Meadows, IL 60008
sadaf@jeelani-law.com
Phone@312) 767-9030
Fax@312) 767-9030
*Counsel for Plaintiff*

1